# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN SEBECKIS,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>JO ANNE B. BARNHART, Officially as Commissioner of the Social Security Administration,<br><br>　　　　　　　　　　Defendant. | CASE NO. 06cv2467-LAB (LSP)<br><br>ORDER REFERRING MATTER TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION |

In accordance with 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1(c)(1)(c), IT IS HEREBY ORDERED all matters arising out of this social security appeal are referred to United States Magistrate Judge Leo S. Papas for a Report and Recommendation on the disposition of the case. The parties are instructed to contact Magistrate Judge Papas' chambers with respect to all scheduling, hearing, or other issues.

**IT IS SO ORDERED.**

DATED: 11/14/06

**HONORABLE LARRY ALAN BURNS**
United States District Judge